UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Able Home Health, LLC
                          Plaintiff,

v.                                            Case No.: 1:12−cv−04089
                                            Honorable John W. Darrah

Access Intelligence, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2012:

      MINUTE entry before Honorable John W. Darrah: The Court's 7/17/12 order is amended to reflect that this case is dismissed without prejudice as to the class claims and with prejudice as to the individual claims. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.